UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
NOV 3 0 2012
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. |
| DENNIS ETCHASON, | ) 4:12CR00435DDN ) |
| Defendant. | ) |

## MISDEMEANOR INFORMATION

### COUNT I

The United States Attorney charges that:

On or about December 21, 2011, within the Eastern District of Missouri,

**DENNIS ETCHASON,**

the defendant herein, did embezzle, steal, purloin, or knowingly convert to his use money of the United States or of any department or agency thereof, or any property made or being made under contract for the United States or any department or agency thereof, to wit: government funds in the amount of $928.00.

In violation of Title 18, United States Code, Section 641.

Respectfully submitted,

RICHARD CALLAHAN
United States Attorney

*/s/ Tracy L. Berry*

TRACY L. BERRY
Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, Missouri 63102
(314) 539-2200

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| EASTERN DIVISION | ) |
| EASTERN DISTRICT OF MISSOURI | ) |

I, Tracy L. Berry, Assistant United States Attorney for the Eastern District of Missouri, being duly sworn, do say that the foregoing information is true as I verily believe.

_____
TRACY L. BERRY

Subscribed and sworn to before me this ___30___ day of November 2012.

_____
CLERK, U.S. DISTRICT COURT

By: _____
DEPUTY CLERK